June 17, 2013
15308 Jenkins Ridge Road
Bowie, MD 20721

Federal Court of MD
Honorable Judge Russell

Dear Judge Russell,

I am writing this letter to you pleading with you for the mistake that I have made and in doing so has caused me to be in your court room for possible incarceration.  Judge Russell I arrived in America over 30 years and have worked very hard most times working two jobs to support myself and my children and send my children to school. I believe I am a good decent human being. I am currently enrolled in two online classes both of which will end August 9, 2013. My goal is to achieve a BS degree in nursing.

Since being charged my health has taken a drastic decline mostly due to stress of this situation. I was diagnosed with multiple medical conditions including liver abnormality, increasing respiratory distress due to new diagnosis of Asthma which requires daily dosing of inhaler and also frequent use of a rescue inhaler. I was also diagnosed with Sleep Apnea which requires me to use a sleeping device in order to stay alive at night. The most recent diagnosis was Temporomandibular joint disorder, this disorder I was told was due to the massive grinding I did to my jaw bones from stress and as a result I severely damaged my jaw bones.

Judge Russell I have learned a very important lesson from my conviction as it has caused me to lose my job as a nurse and now have to live on a very small temporary income. Getting another nursing job also has been very difficult. I have also lost the privilege to apply for any federal school loans and will have to rely on scholarship. My nursing license is also in jeopardy, as I did self report the Maryland Board of Nursing regarding being charged. I have suffered in a very abusive marriage for over 15 years which has left many mental scars. I live in a very close knit community and since being charged my husband has told all the neighbors and now no one speaks to me in my community.

Judge Russell I have a made a mistake one which I have already suffered greatly and will continue to suffer the consequences for a very long time. I beg you for pardon of this mistake and ask for you to give me probation for my actions.

Thanks for your consideration in this serious matter.

Sincerely,

*Yvonne Taylor*
Yvonne Taylor

June 17, 2013

1132 East Belvedere Ave
Baltimore MD, 21239

Federal Court
Baltimore, MD
Honorable Judge Russell

RE: Yvonne Taylor

Dear Judge Russell,

My name is Ionie Evans; I am a professional hair stylist. I have been a lifelong friend of Yvonne Taylor. Our families were friends before our births. Yvonne Taylor and I were friends during childhood and have remained close after high school, college, and during our adult lives. I know her about as well as any person other than her immediate family could. Yvonne has great relationship with her family especially her mother, whom she visits regularly in Jamaica.

I have always known her to be a kind, giving and loving person. She has always worked hard to make a living for herself and her kids. She is very family-oriented and has always tried to do the right thing. How she got into this situation is incomprehensible to me, as this is not the person I have known my whole life. Yvonne has always encouraged us to be good law abiding citizen, she is a baptized church member, who attends church regularly.

I know first-hand that Yvonne realizes that she has jeopardized her freedom, career, as well as personal relationships with her actions. This violation of the law, spending days in jail and the heartache of the trail and now awaiting sentencing over the course of this past two years has been the biggest punishment she ever endured. This has taken a great toll on her personal well- being. The constant thinking and worrying every day and every night for the past two years has been an absolutely terrible way for any human being to live.

I beg of you to have leniency on her and grant her probation. I know that she will be a law-abiding citizen from here on.

Sincerely,

*Ionie Evans*
Ionie Evans

June 12, 2013
1729 Tulip Avenue
Forestville, MD 20721

Federal Court of MD
Honorable Judge Russell

Dear Judge Russell,

I am writing you on behalf of my sister Yvonne Taylor, she is scheduled for sentencing hearing before you on June 21, 2013. My name is Patricia Halder and I have been employed with the District of Columbia Government as a correctional officer for over 22 years.  My sister Yvonne Taylor is a very hardworking individual, since arriving here in America in 1982, my sister has always worked. Most times she was working two jobs. My sister went to nursing school to become a LPN and has continued to go school so she can obtain her Bachelor's degree in nursing.

Judge Russell my sister has made a very serious error in judgment and in so doing broke the law. My sister has suffered greatly since this serious error in judgment. She has been terminated from her job as a result of this conviction and now has to survive on a very small temporary income. My sister has been in a very abusive marriage for over 14 year with her husband Rohan Taylor. She has suffered very severe mental and physical abuse which I think has impaired her judgment greatly.

Since this conviction my sister's health has steadily declined. She now has multiple major health issues including a Lung Mass, Liver abnormality; she also has frequent episodes of shortness of breath requiring the use of rescue inhalers daily. Since being charged she also has been diagnosed with Sleep Apnea requiring the use of an Apnea monitor and sleeping device nightly.

Judge Russell I am asking for you leniency for my sister and I beg for you to grant her probation. Based on my experience working in the jail system for over 22 years I know her health condition will certainly not be a major priority and will also get worse if she is incarcerated. Knowing how acute her health condition can get this is very concerning. Your honor I beg you for mercy on my sister; I know this conviction has been a turning point for good in my sister's life.  Judge Russell thanks for allowing me to write this letter on my sister's behalf.

Sincerely,

*Patricia Halder*

Patricia Halder

June 15, 2013
9500 Sidebrook Road #407
Owings, MD 21117

Federal Court of MD
Honorable Judge Russell

Dear Judge Russell,

I am writing you on behalf of my mom Yvonne Taylor, she is scheduled for sentencing hearing before you on June 21, 2013. My name is Andrea King-Chang, I have been a Real Estate Agent for over 10 years and I currently working with Long and Foster, Westminster office. My mom Yvonne Taylor has always exemplified a strong work ethic, compassion for others and a desire to serve her community. My mom has work very hard to build a life here in America, while raising three kids as a single parent.

I am aware of the events regarding her guilty plea. I truly believe in my heart that my mom has already suffered extensively for her actions. She has since then lost her job and is currently living without an income. Additionally, she has lost credibility in the public eye and having a very hard time seeking employment. She is also at risk of losing her nursing license, which she struggled so hard to attain. I believe in my heart, she is truly despondent regarding what she has put herself and her family through because of her error in judgment. Judge Russell, my mother is the person in my family whom everyone looks to for advice regarding life issues; she has always encouraged me to be a good citizen. This conviction has taken a massive toll on my mother's health and mental status.

I am sincerely asking for you, the judge, to grant a sentence of probation. I believe the loss of her credentials, the loss of respect in the community, as well as those freedoms that she was afforded prior to her felony conviction, has caused her to make a very strong conviction towards maintaining a law abiding life.

Thank you for your consideration.

Sincerely,

*Andrea King-Chang*
Andrea King-Chang