June 18, 2013

15308 Jenkins Ridge Road
Bowie, MD 20721

Federal Court of MD
Honorable Judge Russell

Dear Judge Russell,

I want to let you know the person I really am, I first want to say my actions on May 27, 2013 was a grave mistake, one of which I will never forget. This mistake has forever changed my life. I am a baptized church member and I know right from wrong, only I did not exhibit my sense of strong moral, honest law abiding conviction which has been instilled in me since my childhood on May 27, 2013.

Judge Russell I am one of the hardest working people around and I am always willing to work to achieve my goals in life. I purchased my first home as a single parent 5 years after arriving in America. As nurse I made excellent income and I always worked two jobs. I am a kind caring and giving person. I volunteered at shelters for the homeless on major holidays and I also volunteers at Nursing home. I am very family oriented and I am the monarch of my family everyone comes to me for advice co-workers and family. I encourage all grandchildren nieces and nephew to make school their biggest priority. I also volunteers in shelters for troubled teens whenever I go home to Jamaica. I am responsible for the care of my ailing mother and Aunt.

Judge Russell I can assure you I have regretted my actions, and have learned several harsh lessons. My nursing license is in jeopardy due to the conviction. I love nursing, and I love to work in the nursing home with the elderly and this is something I passionately love doing. I bring used clothing items from friends and family member to the elderly who have no family members. I help anyone who needs help from completing forms to providing words of wisdom and support in difficult situation. I recently helped a retiring coworker to apply for his Medicare and Social Security benefits. He cried and told he has been trying to get his one of children to help him. He offered me money which I refused and told him I was happy to help him.

 Judge I truly believe my suffering as result of my action has been very extensive. I have lost credibility in the public eye, and this I believe is not the person that I truly am. Judge Russell I feel I have let my family down especially my mother. As a child if we brought home an item as small as an eraser that did not belong to us as children we were  punished and would have to bring back the eraser the same day to the person and apologize for our action. I have withheld this conviction from all of my four older grand children as I constantly tell them about being an honest decent human being.

My husband has told everyone in our community about the conviction. Judge Russell I will eventually have to move out of my community as none of my neighbors speaks to me. I have lived in this community for over 10 year. Judge Russell I recently got a Job offer at the Listner

Home in Washington DC and has been awaiting my DC nursing license for over six weeks. I am told it is under board review due to the Felony Conviction. There is no guarantee that I will get this license.

Judge Russell I plead with you to give me probation, I will be forever grateful for this, as it will allow me to continue the two classes I am currently enrolled in at Pratt Community College online which ends August 9. If I get my DC license I will also be able to start working with the elderly again.

Thank you for considering my request.


Sincerely,

*Yvonne Taylor*

Yvonne Taylor